MICHAEL A. VILLA, ESQ. (SBN 130148)
LAW OFFICES OF MICHAEL A. VILLA, P.C.
250 Healdsburg Avenue, Suite 201
Healdsburg, CA  95448
T (707) 473-2800
F (707) 473-2801
michael@villalaw.net

Attorney for Plaintiff
Heather R. Wingate

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER R. WINGATE, | Case No.: 2:08-CV-01478-JAM-JFM |
| Plaintiff, | STIPULATION AND ORDER EXTENDING DATE FOR DESIGNATION OF EXPERT WITNESSES |
| vs. | |
| WACHOVIA SECURITIES, LLC, and DOES 1-25, inclusive, | |
| Defendants. | |

The parties, by and through their respective attorneys, hereby **STIPULATE** to extend the current February 27, 2009 deadline for the mutual disclosure of expert witnesses, established by the Court's August 21, 2008 Pre-Trial Scheduling Order, to March 27, 2009.  The parties enter into this Stipulation so as to allow time for settlement negotiations and/or mediation.

//

//

//

STIPULATION AND ORDER EXTENDING DATE FOR DESIGNATION OF EXPERT WITNESSES
1.

PDF created with pdfFactory trial version www.pdffactory.com

**SO STIPULATED:**

                                        LAW OFFICES OF MICHAEL A. VILLA
                                        A PROFESSIONAL CORPORATION


Dated: 1/16/09                          /s/ Michael A. Villa
_____                   _____
                                        Michael A. Villa, Esq., Attorney for Plaintiff
                                        Heather R. Wingate


**SO STIPULATED:**

                                        SEYFARTH SHAW, LLC


Dated: 1/21/09                          /s/ William D. Bishop
_____                   _____
                                        William D. Bishop, Esq., Attorney for Defendant
                                        Wachovia Securities, LLC


**SO ORDERED:**


Dated: January 21, 2009                 /s/ John A. Mendez
                                        HON. JOHN A. MENDEZ,
                                        U. S. DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com