MICHAEL A. VILLA, ESQ. (SBN 130148)
LAW OFFICES OF MICHAEL A. VILLA, P.C.
250 Healdsburg Avenue, Suite 201
Healdsburg, CA 95448
T (707) 473-2800
F (707) 473-2801
michael@villalaw.net

Attorney for Plaintiff
Heather R. Wingate

**FILED**

APR - 6 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER R. WINGATE, | Case No.: 2:08-CV-01478-JAM-JFM |
| Plaintiff, | STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER |
| vs. | [FRCP, RULE 41 (A)] |
| WACHOVIA SECURITIES, LLC, and DOES 1-25, inclusive, | |
| Defendants. | |

//
//
//
//
//
//
//

Plaintiff Heather R. Wingate and Defendant Wachovia Securities, LLC, by and through their respective counsel, hereby stipulate that the above-captioned lawsuit be dismissed in its entirety with prejudice.

**SO STIPULATED:**

                        LAW OFFICES OF MICHAEL A. VILLA
                        A PROFESSIONAL CORPORATION

Dated:_____     _____
                        Michael A. Villa, Esq., Attorney for Plaintiff
                        Heather R. Wingate

**SO STIPULATED:**

                        SEYFARTH SHAW LLP

Dated:_____     _____
                        Mark P. Grajski, Esq.
                        William D. Bishop, Esq.
                        Attorneys for Defendant Wachovia Securities, LLC

**IT IS SO ORDERED:**

4-6-2009

_____
UNITED STATES DISTRICT COURT JUDGE